UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of herself and
all others similarly situated,

                          Civil Action No:
                          1:22-cv-3752

               Plaintiff,

-v.-
ADORE ME, INC.,

               Defendants.
----------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 20, 2022

| For Plaintiff Marta Hanyzkiewicz | For Defendant Adore Me, Inc. |
|---|---|
| s/ Mark Rozenberg<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | s/Adam Stewart Katz<br>Adam Stewart Katz<br>Goldberg Segalla, LLP<br>711 Third Ave Suite 1900<br>New York, NY 10017<br>Ph: 646-292-8787<br>akatz@goldbergsegalla.com |

So Ordered.

/s/(NG)

Nina Gershon, USDJ
Nov. 21, 2022